IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(HARRISONBURG DIVISION)

**FREEDOM WATCH, INC.**

    Plaintiff,                                          Case No.: 17-cv-00104-EKD

v.

**RESPONSE UNLIMITED, INC., PHILLIP ZODHIATES, AND JOEL BAUGHER,**

    Defendants.

## MOTION TO DISQUALIFY LARRY KLAYMAN AS PLAINTIFF'S COUNSEL

COME NOW Defendants Response Unlimited, Inc., Phillip Zodhiates, and Joel Baugher, by counsel, and move the Court to disqualify Larry Klayman as Plaintiff's counsel for the reasons set forth in the accompanying Brief In Support Of Motion To Disqualify Larry Klayman as Plaintiff's counsel.

Respectfully submitted this 8th day of January, 2018.

                                                          RESPONSE UNLIMITED, INC., PHILLIP
                                                          ZODHIATES and JOEL BAUGHER
                                                          By Counsel

C. Cory Mauro, Esquire (Florida Bar No. 384739)
of Mauro Law
1900 Glades Road, Ste 270
Boca Raton, FL 33431
(561) 202-1992
*cory.mauro@maurolawfirm.com*
*Counsel for Response Unlimited, Inc.,*
*Phillip Zodhiates and Joel Baugher*

1

*/s/ William E. Shmidheiser, III*
William E. Shmidheiser, III (VSB 19047)
of Lenhart Pettit
90 N. Main Street, Ste. 201
Harrisonburg, VA 22802
(540) 437-3137
(540) 437-3101 FAX
wes@lplaw.com
*Local counsel for Response Unlimited, Inc.,
Phillip Zodhiates and Joel Baugher*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 8th day of January, 2018, via the electronic notices generated by the CM/ECF system upon counsel for Plaintiff, Jonathan Alden Moseley, Esq. Moseley Legal Associations, LP, contact@jonmoseley.com, and Larry Elliot Klayman, Esq., Klayman Law Firm, leklayman@yahoo.com.

*/s/ William E. Shmidheiser, III*
Local counsel for Response Unlimited, Inc.,
Phillip Zodhiates and Joel Baugher

19520 / 2 / 656916.doc