# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Freedom Watch, Inc.**

vs.

**Response Unlimited, Inc., et al**

Action No: 5:17CV00104
Date: 3/16/2018
Judge: Elizabeth K. Dillon
Court Reporter: S. Ferris
Deputy Clerk: B. Weeks

Plaintiff Attorneys
Jonathan A. Moseley
Larry E. Klayman

Defendant Attorneys
Carl C. Mauro
William E. Shmidheiser, III

PROCEEDINGS:
Hearing held on Defendant's Motion to Disqualify Counsel Larry Klayman. Arguments from Counsel on Defendant's Motion to Disqualify Counsel Larry Klayman. For reasons stated on the record, the Court grants Defendant's Motion. Plaintiff's counsel shall discuss the issue of counsel and advise the Court by Wednesday (3/21/2018) on how they would like to proceed. Counsel will contact chambers to schedule a hearing on Defendant's Motion to Dismiss.

Time in Court: 1:58p – 2:23p (Total Time – 25 min)