# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# (HARRISONBURG DIVISION)

| | |
|---|---|
| FREEDOM WATCH, INC, <br><br> Plaintiff, <br><br> v. <br><br> RESPONSE UNLIMITED, INC, et al. <br><br> Defendants. | Case No.: 17-cv-00104 EKD |

## PLAINTIFF'S NOTICE TO THE COURT OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Freedom Watch, Inc., ("Freedom Watch") voluntarily dismisses **without prejudice** the above-entitled action against Defendants.

This Court has ruled that it does not have jurisdiction as the matter must be arbitrated. However, it is not necessary for the matter to remain open on the Court's docket while the matter is in arbitration. The Court's ruling was that the matter is not properly in this Court.

At this point, in any event, the Plaintiff will determine on its own if it wishes to proceed in that fashion, since the Plaintiff is informed that the Defendant Philip Zodiates, the owner of Response Unlimited, has finally reported to serve a prison term relating to a controversial, international child custody dispute. Plaintiff will need to evaluate the viability of proceeding with arbitration including considering whether the Defendant company may become effectively judgment proof in Zodiates' absence, and will have to evaluate reports. The Plaintiff is also handling many other pressing cases, some unanticipated and very extensive. But Plaintiff is evaluating indications about what will happen to the company in Zodiates' absence.

Therefore, Plaintiff gives notice of voluntary dismissal of this case in this Court without prejudice and respectfully requests that the Court order the case dismissed without prejudice.

**Dated**: December 27, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jonathon Moseley*
　　　　　　　　　　　　　　　　　　Jonathon A. Moseley, Esq., VSB #41058
　　　　　　　　　　　　　　　　　　3823 Wagon Wheel Lane
　　　　　　　　　　　　　　　　　　Woodbridge, Virginia 22192
　　　　　　　　　　　　　　　　　　Telephone: (703) 656-1230
　　　　　　　　　　　　　　　　　　Facsimile: (703) 783-0449
　　　　　　　　　　　　　　　　　　E-mail: Contact@JonMoseley.com
　　　　　　　　　　　　　　　　　　*Virginia Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on December 27, 2018.

　　　　　　　　　　　　　　　　Mr. C. Cory Mauro, Esq.
　　　　　　　　　　　　　　　　MAURO LAW, P.A.
　　　　　　　　　　　　　　　　1900 Glades Road, Suite 270
　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　Telephone: (561) 202-1992
　　　　　　　　　　　　　　　　Email: Cory@maurolawfirm.com
　　　　　　　　　　　　　　　　*Counsel for Defendants Pro Hac Vice*

　　　　　　　　　　　　　　　　Mr. William E. Shmidheiser, III, Esq.
　　　　　　　　　　　　　　　　LENHART PETTIT
　　　　　　　　　　　　　　　　90 North Main Street, Suite 201
　　　　　　　　　　　　　　　　Post Office Box 1287
　　　　　　　　　　　　　　　　Harrisonburg, Virginia 22803
　　　　　　　　　　　　　　　　Telephone: 540-437-3100
　　　　　　　　　　　　　　　　Facsimile: 540-437-3101
　　　　　　　　　　　　　　　　Email: wes@lplaw.com
　　　　　　　　　　　　　　　　*Virginia Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathon Moseley*
　　　　　　　　　　　　　　　　　　　　Jonathon Moseley, Esq.