IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| FREEDOM WATCH, INC., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 5:17-cv-00104 |
| RESPONSE UNLIMITED, INC., *et al.*, | ) ) | By: Elizabeth K. Dillon |
| Defendants. | ) ) ) | United States District Judge |

**ORDER**

This matter is before the court on the plaintiff's notice to the court of voluntary dismissal without prejudice and motion for voluntary dismissal without prejudice filed on December 27 and 28, 2018 respectively (Dkt. Nos. 90 and 91). Defendants have notified the court that they have no objection to the motion. Because the parties agree to voluntary dismissal, it is hereby ORDERED that the motion for voluntary dismissal is GRANTED and this action is DISMISSED WITHOUT PREJUDICE with each party bearing its own costs and attorney's fees.[1]

The clerk is directed to send a copy of this order to counsel for the parties and to strike this matter from the active docket.

Entered: January 2, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

---

[1] The court notes that by entering this order it is not adopting the reasoning set forth in plaintiff's notice or motion.